No. 80–189.   GRANT-BILLINGSLEY WHOLESALE LIQUOR CO., INC. v. LENNEN, SECRETARY OF REVENUE OF KANSAS, ET AL. Appeal from Sup. Ct. Kan. dismissed for want of substantial federal question.   JUSTICE WHITE would note probable jurisdiction and set case for oral argument.   JUSTICE BRENNAN took no part in the consideration or decision of this case.